IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PURVIS INDUSTRIES, LLC, d/b/a IMSCO,

    Plaintiff,

vs.                                        1:18-cv-00585-RB-LF

SPOKANE INDUSTRIES, INC.,

    Defendant.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on August 28, 2018, the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan (Doc. 14), filed on August 21, 2018, and adopted it as modified by the dates provided in the Court's Scheduling Order (Doc. 18), filed concurrently with this Order.

_____
Laura Fashing
United States Magistrate Judge